SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:24-CR-00358-004-MTK** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **KYLE VANALSTINE,** | |
| **Defendant.** | |

Defendant Kyle Vanalstine stole approximately 40 firearms from a residence and transported many of them to William Cutlip, who paid him for the guns and to stay quiet. When police went to arrest Mr. Vanalstine, he had more than a kilogram of methamphetamine and a loaded pistol. Given the totality of his conduct, the government recommends a sentence of 77 months in prison.

**Guilty Plea & Guideline Computations**

On December 4, 2024, Mr. Vanalstine pleaded guilty to Count 1 and Count 2 of the Superseding Information, charging trafficking in firearms, in violation of 18 U.S.C. § 933(a)(1),

**Government's Sentencing Memorandum**                                                    **Page 1**

and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). The government agrees with the guideline calculations as set forth in the Presentence Report, except that the government does not object to the defense request that defendant be treated as having a criminal history category of V.

## Factual Background and Argument

On or around December 19, 2023, Matthew Knapp, Daniel Knapp, and William Cutlip broke into the vault of a Coos County residence and stole approximately one million dollars in cash, as well as gold, silver coins, and at least one firearm. In the days after the burglary, Mr. Cutlip spoke with Mr. Vanalstine about guns and cash being in the vault, and paid Mr. Vanalstine for a drill he had purchased prior to the burglary.

Around December 23rd, Mr. Vanalstine went to the residence with the vault and stole approximately 40 firearms, including assault rifles, pistols, and at least one silencer. He later took most of the firearms to Mr. Cutlip's residence in Port Orford, and gave them to him. Mr. Cutlip paid Mr. Vanalstine for the guns and for staying quiet about the burglary.

On January 9, 2024, law enforcement executed a search warrant on Mr. Cutlip's residence and seized a silencer and the assault rifles pictured here, which were confirmed to have belonged to the burglary victim.



Additionally, several stolen firearms which had been stored at Mr. Cutlip's property were later recovered in California.

**Government's Sentencing Memorandum**                                    **Page 2**

On January 5, 2024, law enforcement stopped and searched Mr. Vanalstine while he was driving in Curry County, Oregon. In his car, Mr. Vanalstine had a safe with more than 1,000 grams of methamphetamine, and he also had scales and a loaded pistol. He admitted he possessed the methamphetamine with the intent to distribute it, and was arrested. He was subsequently convicted in state court for the burglary of the residence and for a separate possession of a controlled substance case, and was sentenced to prison for both offenses.

Mr. Vanalstine endangered the public by stealing and distributing numerous firearms, including assault rifles and a silencer. The firearms entered the stream of illicit commerce and only some of them were recovered. Likewise, his possession of approximately three pounds of methamphetamine, along with a pistol and scales, creates a serious separate and additional harm.

He committed these crimes while on state probation, and after he was arrested in January 2023 for possessing drugs and a pistol in his vehicle. Given his aggravated conduct involving guns and drugs in the instant case, and his prior criminal conduct, the government recommends a sentence of 77 months in prison, which is sufficient but not greater than necessary.

## Conclusion

For the reasons above, the government respectfully recommends a downward variance pursuant to 18 U.S.C. § 3553(a) to a sentence of 77 months' imprisonment, five years of supervised release, and a $200 fee assessment.

Dated: July 1, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET, OSB #994183
Assistant United States Attorney

**Government's Sentencing Memorandum**                                                                 **Page 3**